IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                          CASE NO. 06-CV-4085

LYNN T. STANCIL                                                                       DEFENDANT

## ORDER

Before the Court is the United States of America's Motion for Default Judgment. (Doc. 6-1). Plaintiff seeks an Order of Default against Defendant, Lynn T. Stancil, for her failure to file an appearance, answer or otherwise plead to Plaintiff's Complaint against her. Stancil has not responded to Plaintiff's Motion for Default Judgment.

On October 2, 2006, Plaintiff filed a Complaint against Stancil to recover on defaulted student loans from the Department of Education. (Doc. 1). Plaintiff sought recovery of separate sums of $4,413.42 and $3,853.11. (Docs. 1-2, 1-3). Stancil did not file an appearance, answer or otherwise respond to Plaintiff's Complaint. On November 17, 2006 the Clerk of the Court entered a default against Stancil. (Doc. 5). Plaintiff now moves the Court to enter a Default Judgment against Stancil in the amounts of $4,413.42 and $3,853.11. Upon consideration, the Court finds that Plaintiff's Motion for Default Judgment should be and hereby is **GRANTED**. A separate judgment in favor of the Plaintiff in the separate amounts of $4,413.42 and $3,853.11 will be entered.

**IT IS SO ORDERED**, this 27th day of February, 2007.

                                              /s/Harry F. Barnes
                                       Hon. Harry F. Barnes
                                       United States District Judge