IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                          CASE NO. 06-CV-4085

LYNN T. STANCIL                                                                        DEFENDANT

## DEFAULT JUDGMENT

Now on this 27th day of February, 2007, in accordance with the Order of even date, the Court awards Default Judgment in the above styled and numbered cause in favor of the Plaintiff, United States of America against Defendant, Lynn T. Stancil. Plaintiff is awarded the separate amounts of $4,413.42 and $3,853.11.

**IT IS SO ORDERED**

       /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge