IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                              CASE NO. 06-CV-4085

LYNN T. STANCIL                                                                              DEFENDANT

## AMENDED DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on October 2, 2006, and after due service of process on Defendant Lynn T. Stancil according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant.  Default was duly entered as to the Defendant on November 17, 2006.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff, United States of America, does have and recover of and from the Defendant the sum of $4,413.41 (principal of $2,893.04 and interest of $1,520.37 through July 26, 2006); interest from July 26, 2006, at the rate of 8.00 percent until date of judgment; and the sum of $3,853.11 (principal of $2,683.62 and interest of $1,169.49 through July 26, 2006); with interest from July 26, 2006, at the rate of 8.49 percent until date of judgment; plus interest from the date of judgment at the legal rate of **4.92**  percent computed daily and compounded annually on both sums until paid in full; and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

**IT IS SO ORDERED**, this 15th day of March, 2007

                                                              /s/Harry F. Barnes
                                                              Hon. Harry F. Barnes
                                                              United States District Judge